ISAAC GLUCKMAN, RESPONDENT, v. H. I. DARLING, APPELLANT.

Argued June 25. 1914—Decided January 27, 1915.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 457.

For the respondent, *Roe, Runyon & Autenreith.*

For the appellant, *Charles E. S. Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BERGEN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ. 10.

*For reversal*—SWAYZE, PARKER, TERHUNE, JJ. 3.